**THOMPSON COBURN LLP**
**LUKAS SOSNICKI, CSB 295895**
**lsosnicki@thompsoncoburn.com**
**GREGORY G. BREZOVEC, CSB 340941**
**gbrezovec@thompsoncoburn.com**
**10100 Santa Monica Blvd., Suite 500**
**Los Angeles, California 90067**
**Tel: 310.282.2500 / Fax: 310.282.2501**

Attorneys for HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

| | |
|---|---|
| GLENDA BURNETT, DAISY URBINA, on behalf of themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI D/B/A MOHELA,<br><br>Defendant. | CASE NO. 5:26-cv-3580 SSS (ACCVx)<br><br>District Judge Sunshine Suzanne Sykes<br>Magistrate Judge Angela C. C. Viramontes<br><br>**DECLARATION OF LUKAS SOSNICKI IN SUPPORT OF DEFENDANT HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT OR TO REQUIRE JOINDER OF UNITED STATES DEPARTMENT OF EDUCATION**<br><br>Complaint Filed: June 29, 2026<br><br>Date: October 23, 2026<br>Time: 2:00 p.m.<br>Crtrm.: 2 |

**<u>DECLARATION OF LUKAS SOSNICKI</u>**

I, Lukas Sosnicki, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a

Partner with Thompson Coburn LLP, attorneys of record for Higher Education Loan Authority of the State of Missouri ("MOHELA"). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto. I make this declaration in support MOHELA's Notice of Motion and Motion to Dismiss Plaintiffs' Complaint ("Complaint") or to Require Joinder of United States Department of Education.

2. Pursuant to Local Rule 7-3, commencing on August 25, 2026, I met-and-conferred, both telephonically and in writing, with Plaintiffs' counsel, Mr. Brett R. Cohen, about the substance of the Motion to Dismiss. We discussed each of the grounds of MOHELA's anticipated Motion in good faith. We also discussed how the HEA preempts Plaintiffs' SBBR claims and how Plaintiffs' breach of contract claim fails because Plaintiffs are neither parties to, nor third-party beneficiaries of, MOHELA's Servicing Contract with the United States Department of Education (the "ED"). Finally, we also discussed that Plaintiffs must join the ED as a party defendant under Rule 19(a). We were unable to reach an agreement as to any of the grounds in the Motion and the allegations in the Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 16th day of September, 2026, at Los Angeles, California.

*/s/ Lukas Sosnicki*
Lukas Sosnicki