**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

| | |
|---|---|
| GLENDA BURNETT, DAISY URBINA, on behalf of themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI D/B/A MOHELA,<br><br>Defendant. | CASE NO. 5:26-cv-3580 SSS (ACCVx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT OR TO REQUIRE JOINDER OF UNITED STATES DEPARTMENT OF EDUCATION**<br><br>*Assigned for all purposes to:*<br>The Hon. Sunshine Suzanne Sykes |

On September 16, 2026, Defendant Higher Education Loan Authority of the State of Missouri ("MOHELA") filed its Motion to Dismiss Plaintiffs' Complaint or to Require Joinder of United States Department of Education (the "Motion").

The Motion requests dismissal, with prejudice, of the complaint filed by Plaintiffs Glenda Burnett and Daisy Urbina (ECF 1), under Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief may be granted.

The court, having considered MOHELA's Motion and finding good cause, hereby GRANTS the Motion and ORDERS as follows:

1. Pursuant to Federal Rule of Civil Procedure 12(b)(6), the court dismisses the complaint filed by Plaintiffs Glenda Burnett and Daisy Urbina (ECF 1) with prejudice.

IT IS SO ORDERED.

Dated:

SUNSHINE S. SYKES
United States District Judge