**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

GLENDA BURNETT and DAISY URBINA, on behalf of themselves and on behalf of all others similarly situated,

Plaintiffs,

v.

HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI D/B/A MOHELA,

Defendant.

**CASE NO. 5:26-cv-3580 SSS (ACCVx)**

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO OPPOSE MOTION TO DISMISS AND TO CONTINUE HEARING DATE**

*Assigned for all purposes to:*
The Hon. Sunshine Suzanne Sykes

NOTE CHANGE MADE BY COURT

On September 28, 2026, Plaintiffs Glenda Burnett and Daisy Urbina ("Plaintiffs") and Defendant Higher Education Loan Authority of the State of Missouri ("MOHELA") (together, the "Parties") filed a stipulation to extend the time for Plaintiffs to oppose MOHELA's Motion to Dismiss Plaintiffs' Complaint or to Require Joinder of United States Department of Education (the "Motion") (ECF 15) and to continue the hearing on the Motion.

The Court, having considered the Parties' stipulation and finding good cause, hereby GRANTS the stipulation and ORDERS as follows:

1. Plaintiffs shall file their opposition to the Motion on or before October 30, 2026.
2. MOHELA shall file its reply in support of the Motion on or before November 13, 2026.

3. The hearing on the Motion, currently set for October 23, 2026, at 2:00 p.m., is CONTINUED to December 4, 2026, at 2:00 p.m., via Zoom videoconference.

**IT IS SO ORDERED.**

Dated: October 1, 2026

SUNSHINE S. SYKES
United States District Judge