Brett R. Cohen (SBN 337543)
**LEEDS BROWN LAW, P.C.**
134 Mineola Blvd, 2nd Flr,
Mineola, New York 11501
(516) 873-9550
bcohen@leedsbrownlaw.com

W. Austin Hinkle (SBN 313856)
**PUBLIC GOODS PRACTICE, LLP.**
502 W 7th St STE 100
Erie, PA 16502
(215) 931-9240
austin@publicgoodspractice.com

*Counsel for Plaintiffs and Proposed Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

GLENDA BURNETT and DAISY URBINA, on behalf of themselves and on behalf of all others similarly situated,

Plaintiffs,

v.

HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI D/B/A MOHELA,

Defendant.

CASE NO. 5:26-cv-3580-SSS (ACCVx)

**DECLARATION OF W. AUSTIN HINKLE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT OR TO REQUIRE JOINDER OF UNITED STATES DEPARTMENT OF EDUCATION; INDEX OF EXHIBITS**

*Assigned for all purposes to:*
The Hon. Sunshine Suzanne Sykes

Hearing Date: December 4, 2026
Time: 2:00 p.m.
Courtroom: via Zoom
Complaint Filed: June 29, 2026

I, W. Austin Hinkle, declare as follows:

1. I am an attorney admitted to practice in California and before this Court, and I am counsel of record for Plaintiffs Glenda Burnett and Daisy Urbina in this action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them. I submit this declaration in support of Plaintiffs' Opposition to Defendant's Motion to Dismiss Plaintiffs' Complaint or to Require Joinder of United States Department of Education (ECF No. 15).

2. Attached as Exhibit A is a true and correct copy of "Attachment 01 – Business Operations Servicing Requirements," Version 2.8.0, dated October 4, 2024, which the Unified Servicing and Data Solution contract between the United States Department of Education and Defendant (ECF No. 15-1) incorporates by reference. Exhibit A is a copy of Exhibit E to the Declaration of Jennifer Farmer that Defendant filed in *Maldonado v. Higher Education Loan Authority of the State of Missouri*, No. 3:24-cv-07850-VC (N.D. Cal.), ECF No. 21-6 (filed Dec. 20, 2024), which I obtained from the public docket of that action. The page numbers stamped on Exhibit A correspond to the ECF page numbers of that filing.

3. Attached as Exhibit B is a true and correct copy of the April 24, 2023 press release of the United States Department of Education titled "U.S. Department of Education's Office of Federal Student Aid Awards New Contracts to Five

Companies to Serve Borrowers, Reduce Delinquency, and Improve Accountability." The press release is no longer available at its original address on the Department's website. Exhibit B is a printout, made on October 29, 2026, of the Internet Archive's Wayback Machine capture of that page dated April 26, 2023, available at https://web.archive.org/web/20230426121044/https://www.ed.gov/news/press-releases/us-department-educations-office-federal-student-aid-awards-new-contracts-five-companies-serve-borrowers-reduce-delinquency-and-improve-accountability.

4. Attached as Exhibit C is a true and correct copy of excerpts of the civil docket in *Maldonado v. Higher Education Loan Authority of the State of Missouri*, No. 3:24-cv-07850-VC (N.D. Cal.), consisting of the caption page and the page reflecting the Court's text-only order of July 8, 2025 (ECF No. 69) denying Defendant's motion for judgment on the pleadings under Rule 19 (ECF No. 54), which I retrieved from PACER on October 29, 2026.

5. Plaintiffs respectfully request that the Court take judicial notice of Exhibits B and C under Federal Rule of Evidence 201, as an official publication of a federal agency and a record of another federal court, for their existence and content.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 30, 2026, at Philadelphia, Pennsylvania.

/s/ W. Austin Hinkle
W. Austin Hinkle

**Index of Exhibits**

| | |
|---|---|
| Exhibit A | Attachment 01 – Business Operations Servicing Requirements (v. 2.8.0), filed in *Maldonado v. Higher Educ. Loan Auth. of the State of Mo.*, No. 3:24-cv-07850-VC (N.D. Cal.), ECF No. 21-6 (323 pages) |
| Exhibit B | U.S. Dep't of Educ., Press Release (Apr. 24, 2023), Internet Archive capture of Apr. 26, 2023 (5 pages) |
| Exhibit C | Civil Docket, *Maldonado v. Higher Educ. Loan Auth. of the State of Mo.*, No. 3:24-cv-07850-VC (N.D. Cal.) (excerpt: caption page and page reflecting ECF No. 69) (2 pages) |