# EXHIBIT C

Civil Docket, Maldonado v. MOHELA, No. 3:24-cv-07850-VC (N.D. Cal.)
(excerpt: caption page and page reflecting ECF No. 69)

Query Reports Utilities Help Log Out

ADRMOP,PROTO,REFDIS

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:24-cv-07850-VC

Maldonado et al v. Higher Education Loan Authority of the State of Missouri
Assigned to: Judge Vince Chhabria
Referred to: Magistrate Judge Peter H Kang
Case in other court: Alameda County Superior Court, 24CV090146
Cause: 28:1441 Petition for Removal

Date Filed: 11/08/2024
Jury Demand: Both
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Jaime Maldonado**
*individually and on behalf of all others similarly situated*

represented by

**Noah Zinner**
Project on Predatory Student Lending
769 Centre Street
Jamaica Plain, MA 02130
617-322-2945
Email: nzinner@ppsl.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam J. McNeile**
Kemnitzer, Barron & Krieg LLP
1120 Mar West St.
Ste. C2
Tiburon, CA 94920
415-632-1979
Email: adam@kbklegal.com
*ATTORNEY TO BE NOTICED*

**Daniel David McDonough Abraham**
Jubilee Legal
300 E Esplanade Dr.
Ste 900
Oxnard, CA 93036
805-946-0386
Email: sparky@jubilee.legal
*ATTORNEY TO BE NOTICED*

**Kristin A. Kemnitzer**
Kemnitzer Barron & Krieg
1120 Mar West St.
Ste. C2
Tiburon, CA 94920
415-632-1195
Email: Kristin@kbklegal.com

| | | |
|---|---|---|
| | | Declaration of Malachi Haswell)(Haswell, Malachi) (Filed on 6/6/2025) (Entered: 06/06/2025) |
| 06/06/2025 | 63 | **Order by Judge Vince Chhabria granting 59 Stipulation re briefing schedule for motion for class certification.**<br><br>**Designation of Experts due by 9/16/2025.**<br>**Designation of Rebuttal Experts due by 10/16/2025.**<br>**Motions due by 10/30/2025.**<br>**Responses due by 11/25/2025.**<br>**Replies due by 12/19/2025.**<br><br>**(bxs, COURT STAFF) (Filed on 6/6/2025) (Entered: 06/06/2025)** |
| 06/16/2025 | 64 | NOTICE of Appearance filed by Tony S. Mekari, Jr on behalf of Higher Education Loan Authority of the State of Missouri (Mohela) (Mekari, Tony) (Filed on 6/16/2025) (Entered: 06/16/2025) |
| 06/16/2025 | 65 | NOTICE of Appearance filed by Anna Tutundjian on behalf of Higher Education Loan Authority of the State of Missouri (Mohela) (Tutundjian, Anna) (Filed on 6/16/2025) (Entered: 06/16/2025) |
| 06/16/2025 | 66 | OPPOSITION/RESPONSE (re 61 Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ) filed byHigher Education Loan Authority of the State of Missouri (Mohela). (Armbrust, Sheila) (Filed on 6/16/2025) (Entered: 06/16/2025) |
| 06/20/2025 | 67 | REPLY in Support (re 54 MOTION for Judgment on the Pleadings) filed by Higher Education Loan Authority of the State of Missouri (Mohela). (Armbrust, Sheila) (Filed on 6/20/2025) (Entered: 06/20/2025) |
| 07/07/2025 | 68 | CLERK'S NOTICE CONVERTING 7/10/2025 IN-PERSON MOTION HEARING TO ZOOM AND REQUIRING ADVANCE REGISTRATION OF COUNSEL.<br><br>54 MOTION for Judgment on the Pleadings Hearing set for 7/10/2025 at 02:00 PM by Videoconference Only before Judge Vince Chhabria. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/vc<br><br>**Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. One list of names of all counsel appearing for all parties must be sent in one email to the CRD at vccrd@cand.uscourts.gov no later than Wednesday, July 9, 2025, by no later than 12:00PM.<br><br>**Civ LR 77-3(b).** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)*(bxs, COURT STAFF) (Filed on 7/7/2025) (Entered: 07/07/2025) |
| 07/08/2025 | 69 | **Order by Judge Vince Chhabria re 54 Motion for Judgment on the Pleadings. MOHELA's motion is denied. The plaintiffs do not seek, nor would this Court grant,** |