# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

GLENDA BURNETT and DAISY URBINA, on behalf of themselves and on behalf of all others similarly situated,

Plaintiffs,

v.

HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI D/B/A MOHELA,

Defendant.

CASE NO. 5:26-cv-3580-SSS (ACCVx)

**[PROPOSED] ORDER DENYING DEFENDANT HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT OR TO REQUIRE JOINDER OF UNITED STATES DEPARTMENT OF EDUCATION**

*Assigned for all purposes to:*
The Hon. Sunshine Suzanne Sykes

Before the Court is Defendant Higher Education Loan Authority of the State of Missouri's Motion to Dismiss Plaintiffs' Complaint or to Require Joinder of United States Department of Education (the "Motion"). ECF No. 15. Having considered the papers filed in support of and in opposition to the Motion, the Court DENIES the Motion. Plaintiffs' claims do not challenge any disclosure the Higher Education Act requires and are not preempted, *Chae v. SLM Corp.*, 593 F.3d 936, 942–43 (9th Cir. 2010); Defendant is a legally separate corporation responsible for its own judgments and is not immune, *Galette v. N.J. Transit Corp.*, 607 U.S. 509, 524–27 (2026); Plaintiffs adequately allege that they are intended beneficiaries of

Defendant's servicing contract, ECF No. 15-1 at 12; and the Department of Education is not a required party, Fed. R. Civ. P. 19(a)(1).

Defendant shall answer the Complaint within fourteen (14) days of the date of this Order.

IT IS SO ORDERED.

Dated: ____________________

______________________________
SUNSHINE S. SYKES
United States District Judge